WYC:MT
F.#2009R02034

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

BING BARRY HOWELL,

           Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. 09-774
(T. 8, U.S.C., §§ 1326(a) and 1326(b)(1);
T. 18, U.S.C., §§ 3551 et seq.)

GLASSER, J.
AZRACK, M.J.

THE GRAND JURY CHARGES:

### ILLEGAL REENTRY

On or about August 21, 2009, within the Eastern District of New York, the defendant BING BARRY HOWELL, an alien who had previously been deported from the United States after a conviction for the commission of a felony, was found in the United States, without the Secretary of the United States

2

Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(1); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. #2009R02034
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

vs.

BING BARRY HOWELL,

Defendant.

## INDICTMENT

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(1); T. 18, U.S.C., §§ 3551 et seq.)

A true bill.

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

Michael Tremonte, Assistant U.S. Attorney (718-254-6389)

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

1. Title of Case: __United States v. Bing Barry Howell__

2. Related Magistrate Docket Number(s): __09 M 01021__
   None ( )

3. Arrest Date: __10/19/09__

   GLASSER, J.

4. Nature of offense(s): ☒ Felony
   ☐ Misdemeanor

   AZRACK, M.J.

5. Related Cases - Title and Docket Nos. (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

   _____

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: __Brooklyn__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?   ( ) Yes   (X) No

9. Have arrest warrants been ordered?   ( ) Yes   (X) No

10. Capital count included?   ( ) Yes   (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _M̲_̲ℓ̲_ℓ̲_̲T̲_̲_̲_̲
Michael Tremonte
Assistant U.S. Attorney
(718) 254-6389

Rev. 3/22/01